UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:11-CV-60571-WPD

PATRICK COLLINS, INC.,

     Plaintiff,

v.

JOHN DOES 1-25,

     Defendants.

**PLAINTIFF'S NOTICE OF FILING JOINT SCHEDULING REPORT, AS REQUIRED BY DKT # 53**

Plaintiff, PATRICK COLLINS, INC., files this Notice of Filing Joint Scheduling Report, as required by Dkt # 53. Plaintiff hereby advises this Court that despite its numerous attempts to contact Doe 5 a/k/a Elizabeth Congote, to discuss the Scheduling Report, it has been unable to make contact with the Defendant. In addition to the several attempts to contact the Defendant, the documents served upon Elizabeth Congote requested that she contact Plaintiff's counsel by the close of business on December 12, 2011. At this point, Defendant has not contacted Plaintiff.

Dated: December 13, 2011.

Respectfully submitted,

By: /s/*M.Keith Lipscomb/*
M. Keith Lipscomb (429554)
klipscomb@lbefirm.com
José S. Talavera (598984)
jtalavera@lbefirm.com
LIPSCOMB EISENBERG, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

1