UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:11-CV-60571-WPD

| | |
|---|---|
| PATRICK COLLINS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES 1-25,<br><br>    Defendants. | **PLAINTIFF'S NOTICE OF FILING PROCESS SERVER'S DECLARATION IN RESPONSE TO SHOW CAUSE ORDER** |

    Plaintiff, PATRICK COLLINS, INC., files the attached Process Server's Declaration in Support of Plaintiff's Response to Show Cause Order.

    Dated: December 16, 2011.

    Respectfully submitted,

By: /s/*M.Keith Lipscomb/*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
José S. Talavera (598984)
jtalavera@lebfirm.com
LIPSCOMB EISENBERG, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

1