UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:11-CV-60571-WPD

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br> v. <br><br> JOHN DOES 1-25, <br><br> Defendants. | PROCESS SERVER'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER |

**I, YINDRA LOPEZ, HEREBY DECLARE:**

1. My name is Yindra Lopez.

2. I am over the age of 18 and am otherwise competent to make this declaration.

3. This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

4. I am a certified process server in the State of Florida.

5. On December 8, 2011, I was contracted to perfect service of a Summons and Complaint upon Elizabeth Congote, who resides at 4007 University Drive, Apt. F 105, Sunrise, FL 33351.

6. On the same day, I attempted to serve Ms. Congote at the above referenced address. Upon arrival, all the lights were off and it appeared nobody was at the apartment.

7. On Friday, December 9, 2011, made another attempt to serve Ms. Congote. There was an African-American gentleman standing near the outside of Ms. Congote's apartment. I asked about Ms. Congote and he informed me that he did not live with her but he knew that she was not at home.

8. On Saturday, December 10, 2011, I made my third attempt to serve Ms. Congote. When I arrived at her apartment, it sounded like there was somebody inside but there nobody answered the door.

9. I attempted to contact the management office of the apartment complex to obtain more information, but the office was closed.

1

10. On Monday, December 12, 2011, I saw the gentlemen again, and this time he repeated that he did not live with Ms. Congote.

11. I went back to the management office and inquired about Ms. Congote's unit. I confirmed that Ms. Congote lived in the apartment with her boyfriend.

12. I was shown a copy of their driver's licenses and recognized Ms. Congote's boyfriend as the gentleman who I had spoken to previously.

13. I went back to speak to the gentlemen, who I learned is named Ronald Mitchell, and advised that I knew he was Ms. Congote's boyfriend and that he indeed lived with Ms. Congote.

14. Once Mr. Mitchell realized that he could not deny service of the documents, he informed me that he knew what the documents were and to serve him.

15. Thereafter, I personally handed Mr. Mitchell the cover letter bearing Plaintiff's attorney, M. Keith Lipscomb's signature, the body of which states:

> Please find enclosed a copy of the Complaint, Summons and Proposed 26(f) Scheduling Report for the above captioned matter. We intend to file the 26(f) Report with your signature indicating that you agree to the schedule on Monday, December 12, 2011. If you object to any portion of it, please call our office at (786) 431-2228 as soon as possible.

along with a copy of the Summons, Complaint and Rule 26(f) Report to Mr. Mitchell.

**FURTHER DECLARANT SAYETH NAUGHT.**

### DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _16_ day of _December_ 2011.

By: _____
YINDRA LOPEZ

2